LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRANUM, an individual; WILLIAM MEREDITH, in his capacity as trustee of the Granum 1983 Children's Trust.<br><br>Plaintiffs,<br><br>v.<br><br>BDO SEIDMAN LLP, a limited liability partnership; PROSKAUER ROSE LLP, a limited liability partnership; GRAMERCY ADVISORS, LLC, a Delaware limited liability company; and DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No. C 07-06448-CRB<br><br>**MOTION TO CHANGE TIME RE INTIITAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>CIVIL L.R. 6-1(b), 6-3, 16-2(d)<br><br>The Hon. Charles R. Breyer<br>Courtroom 8, 19th Floor |

Plaintiffs Robert Granum and William Meredith hereby request, pursuant to Northern District of California Civil Local Rules 6-1(b), 6-3 and 16-2(d) and this Court's Order Setting Initial Case Management Conference and ADR Deadlines, an Order continuing the initial case management conference in this case, currently set for March 28, 2008, and any associated deadlines for approximately three and one-half months, or until such other time as may be convenient for the Court.

Plaintiffs filed their Complaint on December 21, 2007. Pursuant to Federal Rules of Civil Procedure 4(m) and 6(a)(3), the time for service will not have expired until April

MOTION TO CHANGE TIME (No. C 07-06448-CRB)

21, 2008 and the Complaint has not yet been served. Plaintiffs will serve the Complaint within the time period prescribed by Rule 4(m), but because service has not yet been completed and defendants have not yet appeared in this action, conducting a case management conference at this juncture would be futile and a waste of the Court's resources. Accordingly, Plaintiffs respectfully request that the Court continue the case management conference and related deadlines until after Defendants' responsive pleadings will have come due.

There have been no prior scheduling modifications in this case. Plaintiffs' request will affect the case management schedule by continuing the pretrial deadlines this Court has already scheduled by approximately three and one-half months:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last day to meet and confer re initial disclosures; last day to file ADR Certification | 3/7/2008 | 6/20/2008 |
| Last Day to file Rule 26(f) Report and complete initial disclosures | 3/21/2008 | 7/3/2008 |
| Initial Case Management Conference | 3/28/2008 | 7/11/2008 |

No other deadlines have been scheduled or will be affected, as the initial case management conference has not yet been held.

For these reasons, Plaintiffs respectfully request that the Court continue the case management conference.

Dated: March 11, 2007

        LUKENS LAW GROUP
        WILLIAM M. LUKENS (State Bar No. 037196)
        JENNIFER L. JONAK (State Bar No. 191323)


        By:    /s/ Jennifer L. Jonak
                Attorneys for Plaintiffs

MOTION TO CHANGE TIME (No. C 07-06448-CRB)