1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (SBN 037196)
2  JENNIFER L. JONAK (SBN 191323)
   One Maritime Plaza, Suite 1600
3  San Francisco, CA 94111
   Telephone: (415) 433-3000
4  Facsimile: (415) 781-1034

5  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRANUM, an individual; WILLIAM MEREDITH, in his capacity as trustee of the Granum 1983 Children's Trust.<br><br>Plaintiffs,<br><br>v.<br><br>BDO SEIDMAN LLP, a limited liability partnership; PROSKAUER ROSE LLP, a limited liability partnership; GRAMERCY ADVISORS, LLC, a Delaware limited liability company; and DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No. C 07-06448-CRB<br><br>**DECLARATION OF JENNIFER L. JONAK IN SUPPORT OF MOTION TO CHANGE TIME RE INTIITAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>CIVIL L.R. 6-3(a)<br><br>The Hon. Charles R. Breyer<br>Courtroom 8, 19th Floor |

I, JENNIFER L. JONAK, declare as follows:

1.  I am an attorney of the Lukens Law Group, counsel for Plaintiffs Robert Granum and William Meredith in this action, and a member in good standing of the State Bar of California. This declaration is submitted in support of Plaintiffs Motion to Change Time Re Initial Case Management Conference. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to them.

JONAK DECL. ISO MOTION TO CHANGE TIME (No. C 07-06448-CRB)

1    2.    Plaintiffs filed this action on December 21, 2008 and, according to our office's calculations, the time for service of the Summons and Complaint will not expire until April 21, 2008.

3.    Plaintiffs will serve the Complaint on all defendants within the time prescribed by F.R.C.P. 4(m).  Conducting a case management conference prior to completion of service and an appearance by the Defendants would be futile and a waste of the Court's resources and would prevent an attempt by Plaintiffs to reach an amicable resolution of this matter as to certain parties.

4.    Because Defendants have not yet appeared in this case, I have not conferred with counsel for Defendants concerning Plaintiff's request to change time.  However, no party will suffer any prejudice by continuing the initial case management conference.

5.    There have been no other modifications to the schedule of this case and the proposed change will extend the deadlines in the Court's December 21, 2007 Order Setting Initial Case Management Conference and ADR deadlines by approximately three and one-half months.  Because the initial case management conference has not yet occurred, no other scheduled dates in this case will be affected.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Newport Beach, California on March 11, 2008.

By:    /s/ Jennifer L. Jonak
        Attorneys for Plaintiff

JONAK DECL. ISO MOTION TO CHANGE TIME (No. C 07-06448-CRB)