1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (SBN 037196)
2  JENNIFER L. JONAK (SBN 191323)
   One Maritime Plaza, Suite 1600
3  San Francisco, CA 94111
   Telephone: (415) 433-3000
4  Facsimile: (415) 781-1034

5  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROBERT GRANUM, an individual; WILLIAM MEREDITH, in his capacity as trustee of the Granum 1983 Children's Trust. | Case No. C 07-06448-CRB |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME RE INTIITAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| BDO SEIDMAN LLP, a limited liability partnership; PROSKAUER ROSE LLP, a limited liability partnership; GRAMERCY ADVISORS, LLC, a Delaware limited liability company; and DOES ONE THROUGH THIRTY, inclusive; | The Hon. Charles R. Breyer<br>Courtroom 8, 19th Floor |
| Defendants. | |

*Lukens Law Group*
*One Maritime Plaza, Suite 1600*
*San Francisco, CA 94111*

[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME (No. C 07-06448-CRB)

1    For good cause shown, Plaintiffs' Motion To Change Time Re Initial Case
2    Management Conference And Associated Deadlines is GRANTED.
3    The initial case management conference shall be held on July 11, 2008 at 8:30 a.m.
4    The parties shall complete their initial disclosures and file their Joint Case Management
5    Statement by July 3, 2008, and the parties shall meet and confer regarding their initial
6    disclosures, early settlement, ADR process selection and discovery plan, and shall file
7    their Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR
8    Phone Conference by June 20, 2008.
9    IT IS SO ORDERED.
10
11    DATED: March ___, 2008.
12
13                                               _____
14                                               HONORABLE CHARLES R. BREYER
                                                 JUDGE OF THE UNITED STATES DISTRICT COURT