1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (SBN 037196)
2  JENNIFER L. JONAK (SBN 191323)
   One Maritime Plaza, Suite 1600
3  San Francisco, CA 94111
   Telephone: (415) 433-3000
4  Facsimile: (415) 781-1034

5  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRANUM, an individual; WILLIAM MEREDITH, in his capacity as trustee of the Granum 1983 Children's Trust.<br><br>Plaintiffs,<br><br>v.<br><br>BDO SEIDMAN LLP, a limited liability partnership; PROSKAUER ROSE LLP, a limited liability partnership; GRAMERCY ADVISORS, LLC, a Delaware limited liability company; and DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No. C 07-06448-CRB<br><br>[PROPOSED] **ORDER GRANTING MOTION TO CHANGE TIME RE INTIITAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>The Hon. Charles R. Breyer<br>Courtroom 8, 19th Floor |

[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME (No. C 07-06448-CRB)

1   For good cause shown, Plaintiffs' Motion To Change Time Re Initial Case
2   Management Conference And Associated Deadlines is GRANTED.
3   The initial case management conference shall be held on July 11, 2008 at 8:30 a.m.
4   The parties shall complete their initial disclosures and file their Joint Case Management
5   Statement by July 3, 2008, and the parties shall meet and confer regarding their initial
6   disclosures, early settlement, ADR process selection and discovery plan, and shall file
7   their Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR
8   Phone Conference by June 20, 2008.
9   IT IS SO ORDERED.

DATED: March 14, 2008.



_____
HONORABLE CHARLES R. BREYER
JUDGE OF THE UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME (No. C 07-06448-CRB)