AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| ROBERT GRANUM, ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   07-cv-06448 CRB |
| BDO SEIDMAN LLP, ET AL. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To:   **BDO SEIDMAN LLP**

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William M. Lukens, Esq., Jennifer L. Jonak, Esq.
LUKENS LAW GROUP
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

Date:   APR 0 9 2008

Deputy clerk's signature     **MARIA LOO**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## Northern District of California

ROBERT GRANUM, ET AL.        )
_____
Plaintiff            )
v.                  )    Civil Action No.  07-cv-06448 CRB
BDO SEIDMAN LLP, ET AL.      )
_____
Defendant          )

### Summons in a Civil Action

To:   PROSKAUER ROSE LLP
_____
      *(Defendant's name)*

A lawsuit has been filed against you.

      Within  **20**  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  William M. Lukens, Esq., Jennifer L. Jonak, Esq.
  LUKENS LAW GROUP
  One Maritime Plaza, Suite 1600
  San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                 Richard W. Wieking
                                               Name of clerk of court

Date:   **APR 0 9 2008**

                                             Deputy clerk's signature    **MARIA LOO**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00           .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| ROBERT GRANUM, ET AL. ⟩ | |
| Plaintiff ⟩ | |
| v. ⟩ | Civil Action No.   07-cv-06448 CRB |
| BDO SEIDMAN LLP, ET AL. ⟩ | |
| Defendant ⟩ | |

**Summons in a Civil Action**

To:     GRAMERCY ADVISORS, LLC

*(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William M. Lukens, Esq., Jennifer L. Jonak, Esq.
LUKENS LAW GROUP
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

Date:     **APR 0 9 2008**

Deputy clerk's signature          **MARIA LOO**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      _____; or

   (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.


Date: _____

                                   Server's signature

                                   Printed name and title


                                   Server's address