1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (State Bar No.: 037196)
2  JENNIFER L. JONAK (State Bar No.:  191323)
   One Maritime Plaza, Suite 1600
3  San Francisco, CA  94111
   Telephone: (415) 433-3000
4  Facsimile: (415) 781-1034

5  *Attorneys for Plaintiff Robert Granum*
   *and William Meredith*

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10  ROBERT GRANUM, an individual; WILLIAM
    MEREDITH, in his capacity as trustee of the          CASE NO.:  C 07-06448 CRB
11  Granum 1983 Children's Trust.

12          Plaintiffs,                                   **VOLUNTARY DISMISSAL
                                                          WITHOUT PREJUDICE OF**
13          v.                                            **ACTION**

14  BDO SEIDMAN LLP, a limited liability
    partnership; PROSKAUER ROSE LLP, a limited
15  liability partnership; GRAMERCY ADVISORS,
    LLC, a Delaware limited liability company; and
16  DOES ONE THROUGH THIRTY, inclusive;

17          Defendants.

18

19

20          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily

21  dismisses, without prejudice, the above-entitled action.

22

23  DATED:  April 21, 2008

24                                  LUKENS LAW GROUP
                                    WILLIAM M. LUKENS (State Bar No.: 037196)
25                                  JENNIFER L. JONAK (State Bar No.:  191323)

26                                  By: _____/s/ Jennifer L. Jonak_____
27                                      *Attorneys for Plaintiffs*

28
    _____
                    VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ACTION